Arthur Minas
Minas Law, P.C.
3620 Pacific Coast Highway, Ste 100,
Torrance, CA 90505
Tel  (310) 955-1360
arthur@minaslaw.com

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAOBO YANG, YICHEN YANG<br><br>　　　　Plaintiffs,<br><br>vs<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES' CALIFORNIA SERVICE CENTER<br><br>　　　　Defendants | Case No.:<br><br>COMPLAINT |

## DESCRIPTION OF ACTION

1. This complaint is brought by Plaintiffs against the Defendants to compel a decision on their Form I-829, Petition by Entrepreneur to Remove Conditions of Permanent Resident Status.

## JURISDICTION

2. This being a civil action against the United States arising under the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., both laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

COMPLAINT - 1

## DESCRIPTION OF PARTIES

3. The plaintiffs, SHAOBO YANG, YICHEN YANG, are citizens and natives of the People's Republic of China and conditional permanent residents of the United States. Their "USCIS alien numbers" are A066 387 170 and A066 387 172, respectively.

4. The defendant, United States Citizenship and Immigration Services (USCIS) is a federal agency charged with the authority to adjudicate Forms I-829. It resides in the District of Columbia and Maryland.

5. The defendant Director of the USCIS's California Service Center is the officer with immediate responsibility for the adjudication of plaintiffs' Forms I-829. She resides for official purposes within the central judicial district of California.

## BRIEF STATEMENT OF RELEVANT FACTS

6. On July 22, 2020, SHAOBO YANG filed upon his own behalf, as well as upon behalf of YICHEN YANG, a Form I-829, **Petition by Investor to Remove Conditions on Permanent Resident.**

7. No action has been taken on any of these applications in the over 3 years since they were filed.

8. As of today, the plaintiffs' petitions remain under the jurisdiction of the defendants and are unadjudicated.

## CAUSES OF ACTION
## ACTION TO COMPEL AN OFFICER OR AGENCY
## OF THE UNITED STATES TO PERFORM HIS DUTY

9. The defendants are each agencies or officers of the United States.

10. The defendants each and all owe a duty to the Plaintiffs to adjudicate their forementioned petition within a reasonable period of time. 5 U.S.C. § 555(b) ("With due regard

COMPLAINT - 2

for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

11. Further, 18 U.S.C. § 1571(b) provides that: "It is the sense of Congress that the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application, … ."

12. Accordingly, the 3 years period in which the plaintiffs' Forms I-829 have been pending with the defendants is beyond that which these officers or employees reasonably require to adjudicate it.

13. This Court has authority under 28 U.S.C. § 1361 to compel an officer or agency of the United States to perform a duty owed to the Plaintiffs.

14. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

**RELIEF REQUESTED**

WHEREFORE it is respectfully requested that the Court compel the Defendants to adjudicate plaintiffs' Form I-829, Petition by Entrepreneur to Remove Conditions of Permanent Resident Status, as soon as reasonably possible and, in any event, no later than 30 days.

Respectfully submitted, March 5. 2024.

*/s/ Arthur Minas*
Arthur Minas
Minas Law, P.C.
3620 Pacific Coast Highway, Ste 100
Torrance, CA 90505
Tel (310) 955-1360
arthur@minaslaw.com

COMPLAINT - 3